[Nos. 13900-0-III; 12796-6-III; Division Three. April 13, 1995.]
12797-4-III.

*In the Matter of Personal Restraint of*
DONALD D. JONES, ET AL, *Petitioners.*

THE STATE OF WASHINGTON, *Respondent*, v. ERNESTINE R.
JONES, ET AL, *Appellants.*

Appeals from judgments of the Superior Court for Spokane County, Nos. 92-1-00476-4, 92-1-00475-6, Thomas E. Merryman, J., entered September 25, 1992, together with a petition for relief from personal restraint. Petition *granted* and judgments *reversed* and *dismissed* by unpublished opinion per Munson, J., concurred in by Sweeney, A.C.J., and Schultheis, J.

[No. 33255-4-I. Division One. April 17, 1995.]

DALE E. DRAKE & COMPANY, INC., ET AL, *Appellants*, v.
JOHN M. FLUKE, JR., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 88-2-05997-7, Robert D. Austin, J., entered February 16, 1994. *Reversed* by unpublished opinion per Baker, A.C.J., concurred in by Kennedy and Becker, JJ.

[No. 32615-5-I. Division One. April 17, 1995.]

TERESA ROOT, *Plaintiff*, NORMAN W. COHEN, *Appellant*, v.
DAVID PATTON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 91-2-19827-6, Donald D. Haley, J., entered April 1, 1993. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Pekelis, C.J., and Baker, J.